IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DEBORAH SUSAN MESSNER | : | BANKR. NO. 09-13701-JKF |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| ROBERTA A. DEANGELIS, | : | |
| UNITED STATES TRUSTEE | : | ADV. NO. 09-00401 (JKF) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DEBORAH SUSAN MESSNER, | : | |
| | : | |
| Defendant. | : | |

## ORDER OF COURT FOR ENTRY OF DEFAULT JUDGMENT

AND NOW, this 5th day of May 2010, it appearing of record that Plaintiff, Roberta A. DeAngelis, Acting United States Trustee, has moved for a default judgment by reason of the failure to file an answer to the properly served Complaint Objecting to Discharge, or otherwise move within the time allowed, it is hereby ORDERED as follows:

The relief requested by the Plaintiff, the Acting United States Trustee, in her Complaint Objecting to Discharge Under 11 U.S.C. Section 727 is GRANTED and judgment by default is entered against the Defendant in accordance with Rule 7055.

It is further ORDERED that the Defendant, Deborah Susan Messner, is DENIED Chapter 7 Discharge.

It is further ORDERED that a copy of the judgment be served by mail in the manner provided by Rule 7055 on the party against whom the judgment is entered.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge